

# MEMORANDUM OPINION

No. 04-10-00453-CV

**IN RE RUSH TRUCK CENTERS OF TEXAS, L.P., PACCAR, INC.,**
and **PETERBILT MOTORS COMPANY**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
              Rebecca Simmons, Justice
              Marialyn Barnard, Justice

Delivered and Filed: September 22, 2010

PETITION FOR WRIT OF MANDAMUS DENIED

On June 11, 2010, relators filed a petition for writ of mandamus. The court has considered relators' petition for writ of mandamus and real parties in interests' response and is of the opinion that relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2008-CVE-000-351-D4, styled *Angela Diaz, Individually, and As Personal Representative of the Estate of Jorge Diaz, Deceased, et al. v. Laredo Peterbilt D/B/A Rush Truck Centers of Texas, L.P., et al.*, pending in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.